## UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Petition for Offender Under Supervision

Name of Offender:   Michael M. Murray                    Case No.:   3:11-CR-00296(1)

Name of Sentencing Judge:   Chief U.S. District Judge Jorge A. Solis; on July 12, 2017, case was reassigned to U.S. District Judge Jane J. Boyle

Date of Original Sentence:   August 12, 2015

Original Offense:   Threats and Hoaxes, 18 U.S.C. § 1038(a)(1)

Original Sentence:   37 months custody, 3-year term of supervised release

Revocations:   None

Detainers:   None

**18MJ 02118**

U.S. Marshals No.   68457-112

Type of Supervision: Supervised Release    Date Supervision Commenced: August 4, 2017

Assistant U.S. Attorney:  J. Mark Penley         Defense Attorney:  Jerry V. Beard
                                                                    (Court appointed)

## Petitioning the Court for Action for Cause as Follows:

To issue a violator's warrant.

The probation officer believes that the offender violated the following conditions:

### Violation of Mandatory Condition

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

### Nature of Noncompliance

Michael M. Murray violated this condition when he failed to report to the probation office within 72 hours of his August 4, 2017, release from the Bureau of Prisons (BOP). To date, Mr. Murray's location is unknown.

### Personal History

Michael M. Murray completed his custody sentence and was released from the BOP on August 4, 2017. As of August 17, 2017, he has not reported to a U.S. Probation Office. His whereabouts are currently unknown. Mr. Murray did not provide the BOP with any emergency contact information. Contact with BOP staff indicates that Mr. Murray had a desire to live in California, but was unable to provide an address in that state for a relocation request.

Certified a true copy of an instrument
on file in my office on __AUG 2 2 2017__
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

12C (Revised 6-16-17)

Page 1 of 3

Michael M Murray
Petition for Offender Under Supervision

## Statutory Provisions — Protect Act Supervised Release

**Statutory Maximum Custody:**   2 years. 18 U.S.C. § 3583(e)(3)

**Mandatory Revocation Statutes:**   None

**Fine:**   None

**Statutory Maximum for Reimposition of   3 years, minus revocation sentence. 18 U.S.C. § 3583(h).
Supervised Release:**

According to U.S. v. Jackson, 559 F.3d 368 (5th Cir. 2009), "when an initial term of supervised release is revoked, the district court may impose a new term of supervised release as part of a revocation sentence...The maximum length of this new term is calculated as follows: 'The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release.'"  Jackson also notes that a district court may impose any term of supervised release that is equal to or greater than the mandatory minimum, less any term of imprisonment that was imposed upon revocation of supervised release.

## Chapter 7 Violation Computations

| | | |
|---|---|---|
| **Violation Grade:** | C | USSG § 7B1.1(a)(3); 7B1.3(a)(2); 7B1.3(c)(1), p.s. |
| **Criminal History Category:** | I | USSG §7B1.4(a), p.s. |
| **Imprisonment Range:** | 3-9 months | USSG §7B1.4(a), p.s. |
| **Fine:** | None | USSG §7B1.3(d), p.s. |

Pursuant to U.S. v. Miller, 634 F.3d 841 (5th Cir. 2011), the Court may not consider the factors listed in 18 U.S.C. § 3553(a)(2)(A), which include "the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense," when modifying or revoking a term of supervised release.

In U.S. v. Tapia, 131 S. Ct. 2382 (2011), the Supreme Court held that Section 3582(a) does not permit a sentencing court to impose or lengthen a prison term in order to foster a defendant's rehabilitation.

Respectfully submitted:                    Approved by:

_____                    _____
Darwin Shaw                                Natalie Vallandingham
Senior U.S. Probation Officer, Dallas      Supervising U.S. Probation Officer
214-717-1304                               214-753-2487

DS
August 21, 2017

Michael M Murray
Petition for Offender Under Supervision

---

**Order of the Court:**

☐   No action.

☑   The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record until arrest effectuated.

☐   The Issuance of a Summons

☐   Other or Additional:

_____

_____

☒   File under seal until further order of the Court.

The Honorable Jane J. Boyle
U.S. District Judge

8 - 21 - 17
Date

DS

August 21, 2017